UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABDOUL DIALLO,<br><br>    Petitioner,<br><br>v.<br><br>BRIAN H. GILLEN,<br>PATRICIA HYDE,<br><br>    Respondents. | No. 25-cv-11500-JEK |

## ORDER OF DISMISSAL

**KOBICK, J.**

  For the reasons stated on the record at the hearing held on June 11, 2025, petitioner Abdoul Diallo's petition for a writ of habeas corpus under 28 U.S.C. § 2241, ECF 1, is DENIED. Diallo has not met his burden to demonstrate that his detention at the Plymouth County Correctional Facility is in violation of any federal statute or in violation of his Fifth Amendment due process rights. *See* 28 U.S.C. § 2241(c)(3). Diallo was detained in accordance with 8 U.S.C. § 1225(b)(1)(B)(iii)(IV), and 8 U.S.C. § 1225(b)(2)(A), and under these provisions, he is not entitled to a bond hearing or parole. His petition must, accordingly, be denied. The Court's May 27, 2025 Order, ECF 4, is hereby VACATED, and this action is DISMISSED.

  SO ORDERED.

                    /s/ Julia E. Kobick
                    JULIA E. KOBICK
                    UNITED STATES DISTRICT JUDGE

Dated: June 13, 2025